UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DARREL WAYNE MILLER                                    CIVIL ACTION

VERSUS                                                 NUMBER: 13-6795

TOMES HOOKER, ET AL.                                   SECTION: "F"(5)

### ORDER

The Court, having considered the motion, the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed with prejudice.

New Orleans, Louisiana, this 28th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE